**Z TRIM HOLDINGS, INC. and Fibergel Technologies, Inc., Plaintiffs–Appellants,**

v.

**FIBERSTAR, INC., Defendant– Cross Appellant.**

Nos. 2008–1231, 2008–1308, 2008–1538.

United States Court of Appeals, Federal Circuit.

Oct. 1, 2008.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).